SO ORDERED: December 17, 2014.



_____
**James M. Carr**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

SDISMISS (rev 06/2014)

In re:

**Terence Antonio Dixon**,
**Jaimie Elizabeth Dixon**,
     Debtor(s).

Case No. **11–13215–JMC–13**

## ORDER DISMISSING ONE DEBTOR ONLY

A Motion to Dismiss Case was filed on September 15, 2014, by Trustee Robert A Brothers.

**IT IS ORDERED** that Terence Antonio Dixon is **DISMISSED**. The case remains open for Jaimie Elizabeth Dixon.

To obtain relief from the dismissal order, a Motion for Relief from Judgment or Order, pursuant to Fed.R.Bankr.P. 9024, must be filed. Any document missing at the time of the dismissal must be filed with the motion, or the motion will be denied.

The Clerk's Office will distribute this order.

###